IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRIS WILLIAMS,

    Plaintiff,                                                      Civ. No. 1:23-CV-887 SCY/GJF

v.

SPROUTS FARMERS MARKETS, LLC, AND
SFM, LLC, d/b/a SF MARKETS, LLC,

    Defendants

**DEFENDANT SPROUTS FARMERS MARKETS, LLC'S DISCLOSURE OF
CORPORTE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Sprouts Farmers Markets, LLC makes the following disclosure concerning companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

\_\_\_\_ This party is an individual.

\_\_\_\_ This party is a publicly held corporation or other publicly held entity.

\_\_\_\_ This party has parent corporations.

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

\_\_\_\_ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

\_\_\_\_ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

- 1 -

__X__ This party is a limited liability company or limited liability partnership.

        If yes, identify each member of the entity and the member' state of citizenship: Arizona.

____ This party is an unincorporated association or entity.

        If yes, identify the members of the entity and their states of citizenship:

Additional information:

Dated this 15th day of November, 2023.

**RIGHI FITCH LAW GROUP, P.L.L.C.**

By: */s/ Joseph C. Shelley*
Elizabeth S. Fitch
Chris H. Begeman
Joseph C. Shelley
4801 Lang Avenue, N.E., Suite 110
Albuquerque, New Mexico 87109
(602) 385-6776
beth@righilaw.com
chris@righilaw.com
jshelley@righilaw.com
*Attorneys for Defendants Sprouts Farmers Markets, LLC and SFM, LLC d/b/a SF Markets, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2023, the foregoing was electronically filed through the Court's EC/CMF system, which caused the parties and/or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

By: */s/ Joseph C. Shelley*
Joseph C. Shelley