IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRIS WILLIAMS,

    Plaintiff,                                                                   Civ. No. 1:23-CV-887 SCY/GJF

v.

SPROUTS FARMERS MARKETS, LLC, AND
SFM, LLC, d/b/a SF MARKETS, LLC,

    Defendants

**DEFENDANT SFM, LLC d//b/a SF MARKETS, LLC'S DISCLOSURE OF CORPORTE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.,* 357 F.3d 827, 828 (8th Cir. 2004), SFM, LLC d/b/a SF Markets, LLC, makes the following disclosure concerning companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

____    This party is an individual.

____    This party is a publicly held corporation or other publicly held entity.

____    This party has parent corporations.

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

____    Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

        If yes, identify all such owners:

____    Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

        If yes, identify all corporations or entities and the nature of their interest:

__X__   This party is a limited liability company or limited liability partnership.

        If yes, identify each member of the entity and the member' state of citizenship: Delaware.

____   This party is an unincorporated association or entity.

        If yes, identify the members of the entity and their states of citizenship:

Additional information:

Dated this 15th day of November, 2023.

**RIGHI FITCH LAW GROUP, P.L.L.C.**

By:   */s/ Joseph C. Shelley*
Elizabeth S. Fitch
Chris H. Begeman
Joseph C. Shelley
4801 Lang Avenue, N.E., Suite 110
Albuquerque, New Mexico  87109
(602) 385-6776
beth@righilaw.com
chris@righilaw.com
jshelley@righilaw.com
*Attorneys for Defendants Sprouts Farmers Markets, LLC and SFM, LLC d/b/a SF Markets, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2023, the foregoing was electronically filed through the Court's EC/CMF system, which caused the parties and/or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

By: */s/ Joseph C. Shelley*
    Joseph C. Shelley